IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodgers, Elsie

Printed: 12/19/07

Case Number: 05 B 01079
Judge: Hollis, Pamela S
Filed: 1/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 14, 2007
Confirmed: March 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,377.55 |  |
| Secured: |  | 7,944.10 |
| Unsecured: |  | 3,548.78 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 671.68 |
| Other Funds: |  | 3,312.99 |
| Totals: | 17,377.55 | 17,377.55 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,900.00 | 1,900.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 7,944.10 | 7,944.10 |
| 4. | National Capital Management | Unsecured | 1,395.45 | 1,395.45 |
| 5. | Nicor Gas | Unsecured | 898.41 | 898.41 |
| 6. | Midwest Verizon Wireless | Unsecured | 1,254.92 | 1,254.92 |
| 7. | Capital Management | Unsecured |  | No Claim Filed |
| 8. | Comcast | Unsecured |  | No Claim Filed |
| 9. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 10. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 11. | Cal Park | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 13. | Progress Credit Union | Unsecured |  | No Claim Filed |
| 14. | SBC | Unsecured |  | No Claim Filed |
| 15. | A T & T Communications | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | ADT Security Systems | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,392.88 | $ 13,392.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 86.22 |
| 3% | 47.11 |
| 5.5% | 259.15 |
| 5% | 72.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rodgers, Elsie

Printed: 12/19/07

Case Number: 05 B 01079
Judge: Hollis, Pamela S
Filed: 1/13/05

|  |  |
|---|---|
| 4.8% | 150.78 |
| 5.4% | 55.95 |
|  | _____ |
|  | $ 671.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

